Dismissed and Opinion filed January 30, 2003









Dismissed and Opinion filed January 30, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00751-CR

____________

 

NEKOL LANNETTE SMITH, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 177th District Court

Harris County, Texas

Trial
Court Cause No. 891,940

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 








Judgment rendered
and Opinion filed January 30, 2003.

Panel consists of
Chief Justice Brister and Justices Hudson and Fowler.

Do not publish ‑
Tex. R. App. P. 47.2(b).